## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re: GRIFFIN, GEORGE R.  § Case No. 12-10391SAH
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 02, 2012. The undersigned trustee was appointed on February 02, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         3,074.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 517.89 |
| Bank service fees | 235.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 2,321.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 07/11/2012 and the deadline for filing governmental claims was 07/31/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $768.50.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $768.50, for a total compensation of $768.50.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.58, for total expenses of $24.58.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/06/2014            By: /s/Ginger Goddard, Trustee
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-10391SAH  
**Case Name:** GRIFFIN, GEORGE R.  

**Period Ending:** 01/06/14

**Trustee:** (560100) Ginger Goddard, Trustee  
**Filed (f) or Converted (c):** 02/02/12 (f)  
**§341(a) Meeting Date:** 02/28/12  
**Claims Bar Date:** 07/11/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>  1709 Ryan Way, Edmond, OK 73003 | 109,407.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand. | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>  Oklahoma Employees Credit Union Checking | 506.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>  Oklahoma Employees Credit Union Checking | 185.31 | 0.00 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>  Oklahoma Employees Credit Union Savings | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c<br>  Oklahoma Employees Credit Union Savings | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings, including audio | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books, pictures and other art objects, antiques, | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel. | 400.00 | 0.00 | | 0.00 | FA |
| 10 | Furs and jewelry. | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Interests in insurance policies.  Name insurance | 3,689.00 | 0.00 | | 0.00 | FA |
| 12 | Stock and interests in incorporated and unincorp | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Interests in partnerships or joint ventures.  It | 250.00 | 0.00 | | 0.00 | FA |
| 14 | Interests in partnerships or joint ventures.  It | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Other liquidated debts owing debtor including ta<br>  Amended 2010 Tax Return Federal and State | 1,063.00 | 1,068.00 | | 1,068.00 | FA |
| 16 | Automobiles, trucks, trailers and other vehicles<br>  2007 Pontiac Grand Prix | 8,500.00 | 0.00 | | 0.00 | FA |
| 17 | Automobiles, trucks, trailers and other vehicles<br>  2005 Chevy Monte Carlo ( Son's Car) | 1,450.00 | 0.00 | | 0.00 | FA |
| 18 | Automobiles, trucks, trailers and other vehicles<br>  1976 Plymouth Fury (not running) | 300.00 | 0.00 | | 0.00 | FA |
| 19 | TAX REFUNDS (u)  (u)<br>  2011 tax refund | 0.00 | 2,006.00 | | 2,006.00 | FA |
| 20 | POSSIBLE ASSETS | 0.00 | Unknown | | 0.00 | FA |

Printed: 01/06/2014 04:19 PM    V.13.13

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-10391SAH  
**Case Name:** GRIFFIN, GEORGE R.

**Trustee:** (560100) Ginger Goddard, Trustee  
**Filed (f) or Converted (c):** 02/02/12 (f)  
**§341(a) Meeting Date:** 02/28/12

**Period Ending:** 01/06/14

**Claims Bar Date:** 07/11/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | pre-petition transfers |  |  |  |  |  |
| 20 | Assets  Totals (Excluding unknown values) | $128,495.31 | $3,074.00 |  | $3,074.00 | $0.00 |

**Major Activities Affecting Case Closing:**

12-31-2012 - T to obtain fee orders and submit final report.

341 held.  T prepare asset file and form 1.  T to investigate pre-petition transfers of funds.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2013          **Current Projected Date Of Final Report (TFR):**     December 19, 2013  (Actual)

January 6, 2014                                                                /s/ Ginger Goddard, Trustee

Date                                                                                     Ginger Goddard, Trustee

Printed: 01/06/2014 04:19 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-10391SAH | | Trustee: | Ginger Goddard, Trustee (560100) |
|---|---|---|---|---|
| Case Name: | GRIFFIN, GEORGE R. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******63-66 - Checking Account |
| Taxpayer ID #: | **-***1119 | | Blanket Bond: | $6,507,000.00 (per case limit) |
| Period Ending: | 01/06/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/12 | | George Griffin | tax refunds | | 3,074.00 | | 3,074.00 |
| | {15} | | 1,068.00 | 1124-000 | | | 3,074.00 |
| | {19} | | 2,006.00 | 1224-000 | | | 3,074.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,049.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,024.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,999.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,974.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,949.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001056010088 20130117 | 9999-000 | | 2,949.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,074.00 | 3,074.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,949.00 | |
| | | | Subtotal | | 3,074.00 | 125.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,074.00 | $125.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-10391SAH  
**Case Name:** GRIFFIN, GEORGE R.

**Taxpayer ID #:** **-***1119  
**Period Ending:** 01/06/14

**Trustee:** Ginger Goddard, Trustee (560100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9066 - Checking Account  
**Blanket Bond:** $6,507,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,949.00 | | 2,949.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,939.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,929.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,919.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,909.00 |
| 05/31/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2013 FOR CASE #12-10391T W  Voided on 05/31/13 | 2300-000 | | 2.76 | 2,906.24 |
| 05/31/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2013 FOR CASE #12-10391T W  Voided: check issued on 05/31/13 | 2300-000 | | -2.76 | 2,909.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,899.00 |
| 06/01/13 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2013 FOR CASE #12-10391T W | 2300-000 | | 2.74 | 2,896.26 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,886.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,876.26 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,866.26 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,856.26 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,846.26 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,836.26 |
| 12/17/13 | 10103 | GINGER GODDARD | atty fee and exp | | | 515.15 | 2,321.11 |
| | | | atty fee          507.50 | 3110-000 | | | 2,321.11 |
| | | | atty exp            7.65 | 3120-000 | | | 2,321.11 |

|  | ACCOUNT TOTALS | 2,949.00 | 627.89 | $2,321.11 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 2,949.00 | 0.00 | |
|  | Subtotal | 0.00 | 627.89 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$627.89** | |

{} Asset reference(s)

Printed: 01/06/2014 04:19 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-10391SAH | | Trustee: | Ginger Goddard, Trustee (560100) |
|---|---|---|---|---|
| Case Name: | GRIFFIN, GEORGE R. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9066 - Checking Account |
| Taxpayer ID #: | **-***1119 | | Blanket Bond: | $6,507,000.00   (per case limit) |
| Period Ending: | 01/06/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******63-66 | 3,074.00 | 125.00 | 0.00 |
| Checking # ******9066 | 0.00 | 627.89 | 2,321.11 |
| | $3,074.00 | $752.89 | $2,321.11 |

January 6, 2014                                                                    /s/ Ginger Goddard, Trustee
_____                              _____
          Date                                                                                Ginger Goddard, Trustee

{} Asset reference(s)                                                                                Printed: 01/06/2014 04:19 PM    V.13.13

# EXHIBIT C - CLAIMS ANALYSIS

## Case:  12-10391SAH    GRIFFIN, GEORGE R.

Claims Bar Date:   07/11/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Ginger Goddard, Trustee<br>224 W. Gray St<br>Suite 202<br>Norman, OK 73069<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>02/02/12 |  | $768.50<br>$768.50 | $0.00 | $768.50 |
|  | Ginger Goddard, Trustee<br>224 W. Gray St<br>Suite 202<br>Norman, OK 73069<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>02/02/12 |  | $24.58<br>$24.58 | $0.00 | $24.58 |
|  | GINGER GODDARD<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>02/02/12 | atty fee | $507.50<br>$507.50 | $507.50 | $0.00 |
|  | GINGER GODDARD<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>02/02/12 | atty expense | $7.65<br>$7.65 | $7.65 | $0.00 |
| 1 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/09/12 | Trustee has reviewed and allowed claim unsecured - $32433.58 | $32,433.58<br>$32,433.58 | $0.00 | $32,433.58 |
| 2 -2 | Kelly Brothers, a Business Trust an Oklahoma Trust<br>P.O. Box 7979<br>Edmond, OK 73083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/05/12 | XX-XXXX-9874<br>Trustee has reviewed and allowed claim unsecured - $19,972.19 | $19,972.19<br>$19,972.19 | $0.00 | $19,972.19 |
| 3 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/28/12 | XXXXXXXXXX X1788<br>Trustee has reviewed and allowed claim unsecured - $172.21 | $172.21<br>$172.21 | $0.00 | $172.21 |
| BOND | INTERNATIONAL SURETIES, LTD.<br><2300-00   Bond Payments>,  200 | Admin Ch.  7<br>02/02/12 |  | $2.74<br>$2.74 | $2.74 | $0.00 |

|  |  |  | **Case Total:** | $517.89 | $53,371.06 |
|---|---|---|---|---|---|

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-10391SAH
Case Name: GRIFFIN, GEORGE R.
Trustee Name: Ginger Goddard, Trustee

**Balance on hand:** $ 2,321.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,321.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ginger Goddard, Trustee | 768.50 | 0.00 | 768.50 |
| Trustee, Expenses - Ginger Goddard, Trustee | 24.58 | 0.00 | 24.58 |
| Attorney for Trustee, Fees - GINGER GODDARD | 507.50 | 507.50 | 0.00 |
| Attorney for Trustee, Expenses - GINGER GODDARD | 7.65 | 7.65 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 2.74 | 2.74 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 793.08
Remaining balance: $ 1,528.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,528.03

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $                0.00 |
| Remaining balance: | $        1,528.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,577.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Great Lakes Educational Loan Services | 32,433.58 | 0.00 | 942.59 |
| 2 -2 | Kelly Brothers, a Business Trust an Oklahoma Trust | 19,972.19 | 0.00 | 580.44 |
| 3 | Capital One, N.A. | 172.21 | 0.00 | 5.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $        1,528.03 |
| Remaining balance: | $                0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $                0.00 |
| Remaining balance: | $                0.00 |

**UST Form 101-7-TFR (05/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance: $  0.00

**UST Form 101-7-TFR (05/1/2011)**